FILED'07 JUL 11 13:51USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case Number CR 06-30060-01-PA |
| ) | |
| v. ) | |
| ) | **REVOCATION OF SUPERVISED** |
| LARRY RAY ROACH, SR., ) | **RELEASE AND JUDGMENT AND** |
| ) | **COMMITMENT ORDER** |
| Defendant. ) | |

On February 11, 2004, defendant was placed on Supervised Release for a period of three (3) years by the Honorable H. Brent McKnight, sitting in the court at Charlotte, North Carolina. General terms and conditions were imposed and adopted by the court.

The term of Supervised Release commenced November 6, 2004.

On December 4, 2006, the court issued a warrant and order to show cause why defendant's term of Supervised Release should not be revoked based on the Probation Officer's allegations that defendant violated conditions of his Supervised Release.

On July 10, 2007, defendant appeared with counsel before this Court and a hearing was held to determine whether defendant's supervised release should be revoked. The defendant admitted

Page 1 - REVOCATION OF SUPERVISED RELEASE
        AND JUDGMENT AND COMMITMENT ORDER

that he had violated the conditions of supervised release by violation of Standard Condition #1: committing a new law violation.

THE COURT FINDS that defendant has violated the terms of his supervised release, by committing new law violation of Robbery 3rd Degree

It now appearing to the Court that defendant is no longer suitable for continued community supervision,

IT IS ORDERED that defendant's term of Supervised Release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of seven (7) months, to be served consecutive to the sentence imposed in Jackson County Circuit Court Case #06-5317-BFE, with no reimposition of supervised release.

The court recommends a federal correction facility located in the State of Missouri as the place of confinement if the defendant is otherwise qualified pursuant to the Bureau of Prisons policies.

DATED this __11__ day of July, 2007.

                                                    /s/ Owen M. Panner
                                                    Honorable Owen M. Panner
                                                    Senior United States District Judge